UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:10CV-P596-S

**GEORGE H. AUBREY, SR.**                                                           **PLAINTIFF**

v.

**HARDIN COUNTY DETENTION CENTER**                           **DEFENDANT**

## **ORDER**

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims are **DISMISSED** without prejudice for failure to comply with the Orders of this Court and as abandoned.

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*

4411.008